STATE v. GREEN

No. 38A87-2

Case below: Superior Court Wake County

Petition by defendant for writ of certiorari to review the order of the Superior Court, Wake County denied 7 November 1996. Motion by defendant for order to continue resentencing until after petition for writ of certiorari is decided dismissed as moot 7 November 1996.

STATE v. JOHNSTON

No. 396P96

Case below: 123 N.C. App. 292

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 7 November 1996. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 November 1996.

STATE v. McNEILL

No. 184A96

Case below: Superior Court Wake County

Petition by defendant for writ of certiorari to review the order of the Superior Court, Wake County allowed 29 October 1996. Motion by defendant to bypass N.C.Court of Appeals allowed 29 October 1996.

STATE v. PRUDHOMME

No. 419P96

Case below: 123 N.C. App. 786

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 7 November 1996. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 November 1996.